**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

BINTOU BARRO,

      Petitioner,

   v.

KEVIN RAYCRAFT, Director of Detroit
Field Office, United States Immigration and
Customs Enforcement, *et al.*,

      Respondents.

Case No. 3:26-cv-0854

District Judge Dan Aaron Polster

==Approved. The Hearing set for May 26, 2026 is hereby canceled.==
==It is SO ORDERED.==
==s/*Dan Aaron Polster*==
==**United States District Judge**==
==**May 20, 2026**==

**STIPULATION OF DISMISSAL**

Please take notice that Petitioner Bintou Barro, and Respondents, Kevin Raycraft, Director of Detroit Field office, United States Immigration and Customs Enforcement, et al., ("Respondents"), by and through counsel, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate to dismissal of all claims in this matter, without prejudice. On May 19, 2026, counsels for Petitioner and Respondents learned that Petitioner had been released by Respondents on a new Order of Supervision on May 18, 2026.

Fed. R. Civ. P. 41(a)(1)(A)(ii) authorizes the parties to file a stipulation of dismissal signed by all parties who have appeared. Respondent Warden of Corrections Center of Northwest Ohio ("CCNO") has not entered an appearance. To the extent it is necessary, Petitioner voluntarily dismisses this action against Respondent Warden of CCNO without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Signatures on following page.